UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PESION PLAN OF SOUTHERN CALIFORNIA, ARIZONA and NEVADA, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>SOUTHWEST AIR CONDITIONING SERVICE, INC., et al.,<br><br>Defendant(s). | Case No. 2:18-CV-2231 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada v. Southwest Air Conditioning Service, Inc.*, case number 2:18-cv-02231-JCM-NJK.

The instant action arose from plaintiff Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada's ("plaintiff") motion for writ of execution. The court granted plaintiff's motion on June 20, 2018. (ECF No. 4). Plaintiff moved for an abstract of judgment (ECF No. 5), which the court issued on January 7, 2019 (ECF No. 9).

There is nothing pending before the court. Plaintiff's motions for writ of execution and abstract of judgment have been granted. On November 1, 2019, the court ordered that this case will be terminated unless a party filed an objection by Thursday, November 14. No objections were filed.

Thus, the court finds it appropriate to terminate this case.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the matter of *Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada v. Southwest Air Conditioning Service, Inc.*, case number 2:18-cv-02231-JCM-NJK, is TERMINATED.

The clerk is instructed to close the case accordingly.

DATED December 9, 2019.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**